## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Fernanda Caramella Pereira,** | ) | |
| **Andrew James Loewen** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | **NO.: 1:26-cv-528** |
| | ) | |
| **v.** | ) | |
| **Shapel K Leet, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On March 23, 2026, Fernanda Caramella Pereira, filed a Notice of Dismissal pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i) (ECF No. 6). This Court, having reviewed the Notice, hereby ORDERS that this action is DISMISSED  without  prejudice; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

**IT IS SO ORDERED.**

_____/s/_____

George L. Russell, III

Chief United States District Judge

Date: ____March 24, 2026_____